## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01912-RPM

Paul Fann,

    Plaintiff,

v.

XCEL Energy,

    Defendant.
_____

## ORDER VACATING THE ORDER TO SHOW CAUSE
_____

Upon review of Plaintiff's Response to the Order to Show Cause issued on January 30, 2013, it is

ORDERED that the Order to Show Cause is vacated.

DATED this 11th day of February, 2013.

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch , Senior Judge