**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:             May 15, 2013
Courtroom Deputy: J. Chris Smith
FTR Technician:   Patricia Glover

_____

Civil Action No. 12-cv-01912-RPM

PAUL FANN,                                            Timothy L. Nemechek

      Plaintiff,

v.

XCEL ENERGY SERVICES, INC.,                           Lisa A. Hogan

      Defendant.
_____

**COURTROOM MINUTES**
_____

**Scheduling Conference**

**10:56 a.m.      Court in session.**

Mr. Nemecheck explains the delay in the prosecution of this case (health conditions of plaintiff and wife).

Counsel state their respective case positions.
Mr. Nemechek states plaintiff would like to be rehired by defendant.

Discussion regarding plaintiff's claims.
Court states its view with respect to the age and state law claims.
Mr. Nemechek states he will consider moving to dismiss the age claim.

Counsel states they anticipate filing a proposed protective order and will comply with Local Rule 7.2.

Court states its practice regarding orders of reference to magistrate judge for settlement.

**ORDERED:    Plaintiff's Motion to Amend Caption [18], is granted and is as reflected above.**

**Scheduling Order signed.**

**11:16 a.m.     Court in recess.**     Hearing concluded. Total time: 20 min.