**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:12-cv-01912-RPM**

PAUL FANN

    Plaintiff,

v.

XCEL ENERGY SERVICES, INC.,

    Defendant.

___

**ORDER GRANTING UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER**
___

THE COURT, having reviewed and considered Xcel Energy Services, Inc.'s Unopposed Motion to Amend the Scheduling Order, hereby GRANTS the Motion.

IT IS ORDERED that the Scheduling Order, entered May 15, 2013 (ECF # 19), is amended as follows:

The deadline to designate rebuttal experts and exchange rebuttal opinions is now December 6, 2013.

DATED this 30th day of September, 2013

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge