IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01912-RPM

PAUL FANN,

    Plaintiff,

v.

XCEL ENERGY SERVICES, INC.,

    Defendant.

---

ORDER GRANTING MOTION TO AMEND THE SCHEDULING ORDER

---

    THE COURT, having reviewed and considered Xcel Energy Services, Inc.'s Unopposed Motion to Amend the Scheduling Order, filed January 21, 2014, hereby GRANTS the Motion.

    IT IS ORDERED that the Scheduling Order, entered May 15, 2013 (Docket No. 19) and amended on September 30, 2013 (Docket No. 22), is amended as follows:

    The dispositive motion deadline is now 45 days from January 24, 2014, which is March 10, 2014.

    DATED: January 22nd, 2014

                                        BY THE COURT:

                                        s/Richard P. Matsch

                                        Richard P. Matsch, Senior Judge