IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:                February 26, 2014
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaski

_____

Civil Action No. 12-cv-01912-RPM

PAUL FANN,                                              Timothy L. Nemechek

     Plaintiff,

v.

XCEL ENERGY SERVICES, INC.,                             Lisa A. Hogan
                                                        Martine T. Wells
     Defendant.
_____

## COURTROOM MINUTES
_____

**Hearing on Motion to Compel**

**3:27 p.m.        Court in session.**

Court's preliminary remarks.

Argument by Ms. Hogan.
Argument by Mr. Nemechek.
Rebuttal argument by Ms. Hogan.

Discussion regarding plaintiff's claims.

**ORDERED:    Plaintiff's age discrimination is dismissed as withdrawn as stated on record and the only claim is under ADA.**

**ORDERED:    Defendant's Motion to Compel Responsive Documents [25], is denied with respect to tax records, and granted with respect to medical records from anesthesiologist (Guessquire) and a resume with specific work history dates.
No attorneys fees are awarded.**

**Court admonishment to counsel regarding the practice of discovery communication by email.**

**4:09 p.m.        Court in recess.**

Hearing concluded.  Total time: 42 min.