# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01912-RPM

Paul Fann,

    Plaintiff,

v.

XCEL Energy,

    Defendant.

_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

**THIS MATTER** having come before the Court on the parties' Stipulated Motion for Dismissal with Prejudice, and the Court being fully advised in the matter,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. All claims in the above-captioned matter are dismissed with prejudice, each party to bear their own attorneys' fees and costs.

DATED: August 5th, 2014.

                BY THE COURT:

                s/Richard P. Matsch

                _____

                Richard P. Matsch, Senior District Judge